IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612 |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR EXTENSION OF FACT DISCOVERY

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully request that the Court enlarge by 60 days, to and including February 5, 2007, the deadline for discovery in the above-captioned matter. Fact discovery is currently scheduled to conclude on December 7, 2006. This is the parties' third request for extension of time to extend fact discovery.

The parties have previously propounded and responded to written discovery requests. The undersigned counsel for defendant entered her appearance in this case on August 17, 2006. Since that time, the Government deposed Susan Carson on October 12, 2006, and plaintiff deposed Steven Ferguson on October 27, 2006. Plaintiff also noticed a Rule 30(b)(6) deposition and a deposition for Charles Duffney for the end of October 2006, but had to cancel these depositions and intends to re-schedule them for a later date. Plaintiff's counsel also indicated that she would like to notice depositions of three other witnesses: Michael Schmilovich, Peter Soukas and Norbert Pontzer. Due to scheduling conflicts, the parties were unable to schedule depositions for these witnesses at the end of November 2006 or the first week of December 2006. Counsel for defendant, for example, was busy drafting a brief in JGB Enterprises, Inc. v. United States, Fed. Cir. No. 05-5064, that was due on November 20, 2006; a brief in Simmons v. Small Business

Administration, Fed. Cir. 06-3415, that is due on December 4, 2006; and a brief in Colon v. United States, Fed. Cir. No. 06-5104, that is due on December 12, 2006. Counsel for defendant was also out of the office from November 22 to 24, 2006 for Thanksgiving.

In addition, the parties believe that a protective order is necessary for the Government to provide plaintiff with responsive documents regarding other employees which contain information that is protected by the Privacy Act. Additional time would allow the parties to file a motion for a protective order, for the Court to issue a protective order, and for the Government to provide documents to plaintiff that are protected by the Privacy Act. The parties, therefore, respectfully request that the Court extend the discovery deadline by 60 days, to and including February 5, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Camilla C. McKinney

CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth St., N.W. Suite 300
Washington, D.C. 20005
Tel: (202) 861-2934
Fax: (202) 517-9111

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353–0546
Fax: (202) 514-8640

Attorneys for Defendant

November 28, 2006

CERTIFICATE OF FILING

I hereby certify that on November 28, 2006, a copy of the foregoing "JOINT MOTION FOR EXTENSION OF FACT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim