# The United States Court of Federal Claims

**No: 05-612 C**
November 30, 2006

**SUSAN CARSON,**

***Plaintiff***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

**ORDER EXTEND DISCOVERY DEADLINE**

On November 28, 2006, the parties filed a joint motion to extend the discovery deadline from December 7, 2006 until February 5, 2007. For reasons identified therein, the parties' motion is **GRANTED**. Accordingly, discovery in this case shall conclude **Monday, February 5, 2007**. The parties shall file a joint status report no later than **Monday, February 26, 2007**, proposing a further procedural framework for resolving this matter.

**IT IS SO ORDERED.**

s/Lawrence J. Block
Lawrence J. Block
Judge