IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612 |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A PROTECTIVE ORDER

The parties request that the Court enter a protective order that would allow defendant to produce documents that contain information that is protected by the Privacy Act, 5 U.S.C. § 552a. Plaintiff also seeks to keep confidential medical or financial records and/or other documents which contain sensitive and/or private information. We attach a proposed protective order.

Plaintiff has requested that the Government produce documents regarding other Technology Licensing Specialists within the Office of Technology Transfer, such as their evaluations, awards, bonuses, training, resumes, SF-50s, and other documents regarding their employment. See attached Plaintiff's First. Request for Documents, Nos. 3-8, 19, 26. The Government has objected to producing these documents to the extent protected by the Privacy Act, 5 U.S.C. § 552a.

The Privacy Act provides that "[n]o agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains . . . ." 5 U.S.C. § 552a(b). The term "record" is broadly defined as "any item, collection, or grouping of information about an individual that is maintained by an

agency, including, but not limited to, his education, financial transactions, medical history, criminal or employment history and that his name, or the identifying number, symbol, or other identifying particular assigned to the individual . . . ." 5 U.S.C. § 552a(a)(4)(emphasis added). The Privacy Act, however, permits the agency to produce such "records" pursuant to a court order. 5 U.S.C. § 522a(b)(11). The parties, therefore, believe that a protective order would facilitate discovery in this case.

For these reasons, the parties respectfully request that the court issue the proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Camilla C. McKinney

CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth St., N.W. Suite 300
Washington, D.C. 20005
Tel: (202) 861-2934
Fax: (202) 517-9111

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353–0546
Fax: (202) 514-8640

December 5, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 5, 2006, a copy of the foregoing "JOINT MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim