IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SUSAN CARSON, Plaintiff, | |
| v. | No. 05-612C (Judge Block) |
| THE UNITED STATES, Defendant. | |

**JOINT MOTION FOR EXTENSION OF FACT DISCOVERY**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully request that the Court enlarge by 30 days, to and including March 7, 2007, the deadline for discovery in the above-captioned matter. Fact discovery is currently scheduled to conclude on February 5, 2007.

The parties have propounded and responded to written discovery requests. However, as part of plaintiff's request for documents, plaintiff requested documents that are protected by the Privacy Act. Accordingly, the parties filed a joint motion for a protective order, which the Court granted on December 11, 2006. Defendant intends to supplement its discovery responses. Due to the fact that many Government employees were out of the office at the end of December, counsel for defendant could not schedule a time to review the official personnel files of the other employees until January 18, 2007. Additional time will be needed to photocopy the relevant documents, to bates-number the relevant documents and label them as protected.

Although the parties intended to complete depositions in January 2007, the parties agreed to postpone the remaining depositions until after defendant provided plaintiff with supplemental discovery responses. The parties anticipate that the defendant will provide the supplemental discovery responses by end of January 2007, and that the parties will be able schedule the remaining depositions for February 2007. The parties, therefore, respectfully request that the Court extend the discovery deadline by 30 days, to and including March 7, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Camilla C. McKinney

CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth St., N.W. Suite 300
Washington, D.C. 20005
Tel: (202) 861-2934
Fax: (202) 517-9111

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353–0546
Fax: (202) 514-8640

Attorneys for Defendant

January 25, 2007

**CERTIFICATE OF FILING**

I hereby certify that on January 25, 2007, a copy of the foregoing "JOINT MOTION FOR EXTENSION OF FACT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties electronically via the CM-ECF system and that the parties may access this filing through the Court's electronic filing system.

s/
Nancy M. Kim