IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-612 |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Tara J. Kilfoyle as attorney of record for the United States. I am replacing Nancy M. Kim as principal attorney. Service of all papers by opposing parties should be addressed as follows:

TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Dated: March 15, 2007

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-1709
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle