IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Orders of January 25, 2007 and April 2, 2007, the parties respectfully submit this Joint Status Report. The parties completed discovery on March 7, 2007. The parties respectfully request that the Court schedule a post-discovery conference pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff requests that the Court allow 45 days prior to scheduling the post-discovery conference to permit the parties to engage in settlement discussions or Alternative Dispute Resolution ("ADR"). Defendant does not believe that ADR would assist in resolution of this case. Defendant is willing to meet with plaintiff to discuss settlement, but believes that it is likely that the case will proceed to trial. Neither party believes that this case can be resolved through motions for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleeker
KATHRYN A. BLEECKER
Assistant Director

s/ Camilla C. McKinney
CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W.
Suite 300
Washington, D.C. 20005

Attorney for Plaintiff

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

April 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle