IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 05-612C<br>(Judge Block) |

JOINT STATUS REPORT

Pursuant to the Court's Order of May 2, 2007, the parties respectfully submit this Joint Status Report. On June 14, 2007, counsel for the parties are scheduled to meet with counsel for the United States in plaintiff's case before the United States District Court for the District of Maryland, Susan Carson v. Michael Levitt, et al., Docket No. 06-1845, to discuss the possibility of global settlement of all of plaintiff's claims against the United States. The parties respectfully propose that they submit an additional joint status report on June 28, 2007, advising the Court of the status of the settlement negotiations and whether the parties anticipate proceeding to trial in plaintiff's case before this Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleeker
KATHRYN A. BLEECKER
Assistant Director

s/ Camilla C. McKinney
CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W.
Suite 300
Washington, D.C. 20005

Attorney for Plaintiff

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

June 11, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle