IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of June 12, 2007, the parties respectfully submit this Joint Status Report. The parties have determined that they will not be able to settle this case, and believe that the case should proceed to trial. The parties respectfully request that the Court schedule a post-discovery conference pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC").

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Camilla C. McKinney
CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W.
Suite 300
Washington, D.C. 20005

Attorney for Plaintiff

s/Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

June 28, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle