IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>05-612C<br>(Judge Block) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 16, 2007, the parties respectfully submit this Joint Status Report with suggested dates for trial and pre-trial events.

| | |
|---|---|
| Deadline for parties to exchange witness and exhibit lists and meet pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC Appendix A") ¶ 13 | October 9, 2007 |
| Plaintiff's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to RCFC Appendix A ¶¶ 14-16 | October 23, 2007 |
| Defendant's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to RCFC Appendix A ¶¶ 14-16 | November 20, 2007 |
| Pre-Trial Conference | December 11, 2007 |
| Trial | January 15 - 17, 2008 |

The Court's Order of July 16, 2007 also stated that the parties should indicate any preference as to whether the trial should be bifurcated as to liability and damages. The parties believe that the trial should be bifurcated. If liability is established, Dr. Carson's damages, in the

form of back pay, would be the difference between the salary to which she was entitled as a GS-14 and the salary that she actually received. Defendant believes that trial testimony is not necessary to establish this amount, which can be calculated by the human resources department of the Department of Health and Human Services. If liability is established and plaintiff disagrees with the damages explanation and calculations provided by defendant, the parties can present the issues of disagreement to the Court for resolution through briefing. Plaintiff further believes that the issue of attorneys' fees can be submitted for briefing if liability is established.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KATHRYN A. BLEECKER
Assistant Director

/s/

TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

/s/

CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W.
Suite 300
Washington, D.C. 20005

Attorney for Plaintiff

August 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Camilla C. McKinney