IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

REVISED JOINT STATUS REPORT

Pursuant to the Court's request, the parties respectfully submit this Revised Joint Status Report with revised suggested dates for trial and pre-trial events.

| | |
|---|---|
| Deadline for parties to exchange witness and exhibit lists and meet pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC Appendix A") ¶ 13 | November 26, 2007 |
| Plaintiff's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to RCFC Appendix A ¶¶ 14-16 | December 7, 2007 |
| Defendant's Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List pursuant to RCFC Appendix A ¶¶ 14-16 | January 4, 2008 |
| Pre-Trial Conference | January 25, 2008 at 2 p.m. |
| Trial | February 6-8, 2008 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Camilla C. McKinney
CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W.
Suite 300
Washington, D.C. 20005

Attorney for Plaintiff

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

September 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2007, a copy of the foregoing "REVISED JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle