# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| **SUSAN CARSON,** | | * | |
| | Plaintiff, | * | |
| v. | | * | No. 05-612C |
| **THE UNITED STATES,** | | * | (Filed Sept. 25, 2007) |
| | Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Status Report filed on August 3, 2007, and the Revised Joint Status Report filed on September 24, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 42(c), at the parties' request, trial is limited to the issues of law and fact relating to plaintiff's right to recover, reserving the amount of recovery, if any, subject to further proceedings.

2. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by November 26, 2007.

3. Plaintiff's filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by December 7, 2007. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by January 4, 2008.

4. The pretrial conference shall be held at 2:00 p.m. on Friday, January 25, 2008, in the Howard T. Markey National Courts Building.

5. Trial, not to exceed three days, shall commence at 10:00 a.m. on Wednesday, February 6, 2008, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge