IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SUSAN CARSON** Plaintiff, | ) | |
| v. | ) | No. 05-612C (Judge C. Miller) |
| **THE UNITED STATES** Defendant. | ) | |

**Plaintiff's Consent Motion to Extend the Time to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d)**

Pursuant to the Court's Order of September 25, 2007, the meeting of counsel pursuant to Appendix A ¶ 13 of the Rules of the United States Court of Federal Claims ("RCFC") was to be held by November 26, 2007. Due to the press of business in other unrelated matters, undersigned counsel has been unable to provide defendant with plaintiff's preliminary witness and preliminary exhibit lists pursuant to Appendix A ¶¶ 13(a) and (b). Defendant, however, has provided plaintiff with defendant's preliminary witness list and preliminary exhibit list. Plaintiff, therefore, respectfully requests an extension, or until December 7, 2007, in which to make the certification required by RCFC Appendix A ¶ 13(d) that the parties have conducted the meeting of counsel pursuant to RCFC Appendix A ¶ 13 and the Court's Order of September 25, 2007. Plaintiff has conferred with defendant who has consented to the extension.

In its conferences with defendant on November 26th and 30th, undersigned counsel represented that it will provide defendant with plaintiff's preliminary witness and preliminary exhibit lists such that the parties will be able to certify that they have engaged in the meeting of counsel pursuant to Appendix A ¶ 13 by December 7, 2007, the date requested in this Motion.

Such an extension does not interfere and/or alter any other deadlines in the Court's Order of September 25, 2007. Nevertheless, should the Court believe that a status conference is necessary to confirm the remaining deadlines set forth in the Court's Order of September 25, 2007, both parties would be amenable.

Accordingly, Plaintiff respectfully requests an extension until December 7, 2007 in which to make the certification required by RCFC Appendix A ¶ 13.

Dated: December 3, 2007

Respectfully submitted,

________/s/____________________
Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111(fax)
***Attorneys for Plaintiff Dr. Susan Carson***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, I caused a true and correct copy of the foregoing Plaintiff's Consent Motion to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d) to be filed be served electronically, via the CM-ECF system, to:

TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SUSAN CARSON**<br>Plaintiff,<br>v.<br>**THE UNITED STATES**<br>Defendant. | ) | No. 05-612C<br>(Judge C. Miller) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Time to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d) until December 7, 2007, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have up and until December 7, 2007, to make the certification required by RCFC Appendix A ¶ 13.

It is so ORDERED this _____ day of __________, 2007.

______________________________
Judge C. Miller