**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SUSAN CARSON**<br>Plaintiff,<br>v.<br>**THE UNITED STATES**<br>Defendant. | ) | No. 05-612C<br>(Judge C. Miller) |

**Plaintiff's Consent Motion to Extend the Time to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d) and to File the Memorandum of Contentions of Fact and Law**

Pursuant to the Court's Order of September 25, 2007, the meeting of counsel pursuant to Appendix A ¶ 13 of the Rules of the United States Court of Federal Claims ("RCFC") was to be held by November 26, 2007. Due to extenuating circumstances, Plaintiff was unable to provide Defendant with Plaintiff's preliminary witness and preliminary exhibit lists pursuant to Appendix A ¶¶ 13(a) and (b) and therefore, unable to confer. Accordingly, on November 26, 2007, Plaintiff filed a Motion to Extend the Time to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d), requesting an extension until December 7, 2007. On December 4, 2007, the Court granted Plaintiff's Motion.

Undersigned counsel has had to attend to numerous, unrelated matters in other cases. As such, it has taken longer than anticipated to finalize Plaintiff's Exhibit and Witness Lists and to confer with the Defendant. Plaintiff contacted the Defendant to determine when both parties would be available to review their respective witness and exhibit lists. Both parties are available to confer on Wednesday, December 12, 2007. Undersigned counsel therefore respectfully

requests a brief extension until Wednesday, December 12, 2007 to comply with the Court's Order of September 25, 2007, and Appendix A ¶ 13 of the RCFC.

Moreover, without the Witness and Exhibit Lists finalized, Plaintiff is unable to complete the Plaintiff's Memorandum of Contentions of Fact and Law by the prescribed date of December 7, 2007. Accordingly, undersigned counsel requests an extension until December 12, 2007, to file the Memorandum. Defendant consents to this as well and asks that it be granted the corresponding amount of time in which to file its Memorandum of Contentions of Fact and Law changing the due date from January 4, 2008, to January 9, 2008. Should the Court believe that a status conference is necessary to confirm the remaining deadlines set forth in the Court's Order of September 25, 2007, both parties would be amenable.

Accordingly, Plaintiff respectfully requests an extension until December 12, 2007 in which to make the certification required by RCFC Appendix A ¶ 13 and to file her Memorandum of Contentions of Fact and Law.

Dated: December 7, 2007

Respectfully submitted,

________/s/___________________

Camilla C. McKinney, Esq.
McKinney & Associates, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934/(202) 517-9111(fax)
***Attorneys for Plaintiff Dr. Susan Carson***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I caused a true and correct copy of the foregoing, Plaintiff's Consent Motion to Extend the Time to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d) and to file the Memorandum of Contentions of Fact and Law to be filed be served electronically, via the CM-ECF system, to:

TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SUSAN CARSON**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**<br><br>Defendant. | ) | No. 05-612C<br>(Judge C. Miller) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Time to Comply with the Rules of the United States Court of Federal Claims, Appendix A ¶¶ 13(a), (b) and (d) and to file the Memorandum of Contentions of Fact and Law until December 12, 2007, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Plaintiff shall have up and until December 12, 2007, to make the certification required by RCFC Appendix A ¶ 13 and to file its Memorandum of Contentions of Fact and Law and that Defendant shall have until January 9, 2008 to file its Memorandum of Contentions of Fact and Law.

It is so ORDERED this _____ day of _________, 2007.

______________________________
Judge C. Miller