IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO AMEND DEFENDANT'S PRELIMINARY EXHIBIT AND WITNESS LISTS

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court enlarge by 8 days the time for the parties to certify that they have engaged in the meeting of counsel pursuant to Appendix A ¶ 13 of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff does not oppose this motion.

Pursuant to the Court's Order of December 10, 2007, the parties were to certify that they engaged in the meeting of counsel by December 12, 2007. Defendant provided plaintiff with defendant's preliminary witness list and preliminary exhibit list, pursuant to Appendix A ¶¶ 13(a) and (b). Plaintiff also provided defendant with plaintiff's preliminary exhibit and witness list, pursuant to Appendix A ¶¶ 13(a) and (b).

However, in light of information acquired from the National Institutes of Health, Office of Technology Transfer on December 11, 2007, defendant moves the Court for permission to amend defendant's preliminary exhibit and witness list to include additional exhibits and witnesses. Plaintiff does not oppose this motion, provided that plaintiff may also amend plaintiff's exhibit and witness lists, and obtain an extension of time to file plaintiff's memorandum of contentions of fact and law.

Defendant will provide plaintiff with any additional exhibits and a revised exhibit and witness list by December 17, 2007. The parties will certify that they have engaged in the meeting of counsel by December 20, 2007, and plaintiff will file plaintiff's memorandum of contentions of fact and law no later than December 20, 2007.

The parties are amenable to a joint status conference with the Court to discuss the remaining deadlines set forth in the Court's Order of September 25, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

December 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2007, a copy of the foregoing "MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO AMEND DEFENDANT'S PRELIMINARY EXHIBIT AND WITNESS LISTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle