**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SUSAN CARSON** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-612C<br>(Judge C. Miller) |
| **THE UNITED STATES** | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS OR ALTERNATIVELY TO ENLARGE TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully request that the Court stay the proceedings in the above captioned matter or alternatively enlarge the time to comply with the requirements of Appendix A ¶ 13 of the Rules of the Court of Federal Claims until January 31, 2008. The current deadline for Plaintiff to submit her Memorandum of Contentions of Fact and Law is December 20, 2007. Defendant's Memorandum of Contentions of Fact and Law is due January 16, 2008, and trial dates have been set for February 6-8, 2008.

The Parties seek this stay because the parties are engaging in settlement negotiations and believe that their settlement negotiations may resolve this litigation without a trial. In order to complete their settlement negotiations, the parties request a stay or enlargement of proceedings. The parties will inform the Court whether or not a settlement is reached and/or to make the certifications required by RCFC Appendix A ¶ 13 on or before January 31, 2008. In the event that the parties are unable to reach a settlement, the parties respectfully propose that on or before January 31, 2008, they jointly contact chambers to discuss alternate dates for trial.

Should the Court believe that a status conference is necessary, both parties would be amenable.

Accordingly, the parties respectfully request a stay of these proceedings or an enlargement of time until January 31, 2008 to have sufficient time to complete their settlement negotiations.

Dated: December 21, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

KIRK T. MANHARDT
Assistant Director

CAMILLA C. MCKINNEY
Law Offices of Camilla C. McKinney
1100 Fifteenth St., N.W. Suite 300
Washington, D.C. 20005
Tel: (202) 861-2934
Fax: (202) 517-9111

Attorney for Plaintiff

TARA KILFOYLE
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 21, 2007, a copy of the foregoing "JOINT MOTION TO STAY PROCEEDINGS OR ALTERNATIVELY TO ENLARGE TIME" was filed electronically. I understand that notice of this filing will be sent to all parties electronically via the CM-ECF system and that the parties may access this filing through the Court's electronic filing system.

s/
Camilla C. McKinney

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SUSAN CARSON** Plaintiff, v. **THE UNITED STATES** Defendant. | No. 05-612C (Judge C. Miller) |

**ORDER**

Upon consideration of Parties' Joint Motion To Stay Proceedings Or Alternatively To Enlarge Time, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that Parties shall have up and until January 31, 2008, to inform the Court of the status of settlement negotiations and/or to make the certifications required by RCFC Appendix A ¶ 13.

It is so ORDERED this _____ day of _________, 2007.

_________________________
Judge C. Miller