# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SUSAN CARSON,** *

Plaintiff, *

v. * No. 05-612C

**THE UNITED STATES,** * (Filed Jan. 11, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the Joint Motion To Stay Proceedings or Alternatively To Enlarge Time filed on December 21, 2007, and the minute order entered on December 21, 2007, the court is not disposed to continue the date for commencement of trial, currently scheduled for February 6-8, 2008, absent an assurance from counsel that defense counsel would recommend an offer of settlement for acceptance. Because of the imminence of the pre-trial conference scheduled for January 25, 2008, and the need to schedule plaintiff's and defendant's RCFC Appendix A filings before that date, the court's law clerk conducted a conference call with counsel for plaintiff and defense counsel. As counsel have represented to the court's law clerk that a settlement offer from plaintiff has been recommended by trial counsel for approval,

**IT IS ORDERED**, as follows:

1. The order entered on December 21, 2007, is vacated.

2. Paragraphs 4 - 5 of the order entered on September 25, 2007 order, are vacated.

3. Defendant shall file on behalf of the parties a Joint Status Report by January 24, 2008, reporting on the status of settlement.

4. If a stipulation of dismissal has not been filed by February 15, 2008, defendant shall file a Joint Status Report on behalf of the parties, stating with particularity the status of settlement at 30-day intervals, commencing on February 15, 2008.

s/ Christine O.C. Miller

_________________________________

**Christine Odell Cook Miller**
Judge