IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-612C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's Order dated January 11, 2008, defendant respectfully submits this status report on behalf of the parties. Plaintiff has submitted a written settlement offer to counsel for defendant, which counsel for defendant recommended for approval by the authorized representative of the Attorney General. Defendant has obtained authority from the authorized representative of the Attorney General to accept the settlement proposal presented by plaintiff. The parties have engaged in preliminary discussions regarding drafting a written settlement agreement acceptable to both parties.

The parties respectfully propose that, pursuant to the Court's Order dated January 11, 2008, defendant submit a second status report on behalf of the parties to the Court no later than February 15, 2008, if the parties have not entered into a settlement agreement and filed a joint stipulation of dismissal by that time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

January 24, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle